**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DUGO, JR., individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC.<br><br>Defendant. | **Case No. 8:19-cv-00645-PA-KESx**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Complaint served: April 12, 2019 |

# ORDER

The Court has reviewed the Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii) submitted by Plaintiff Daniel Dugo, Jr. ("Plaintiff") and Defendant Lowe's Companies, Inc. ("Defendant").

With good cause appearing therefore, the Court hereby ORDERS that the Joint Request and Stipulation is GRANTED and entered as follows:

Plaintiff Daniel Dugo, Jr.'s individual claims in the above-captioned case are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal shall not affect the claims of any other putative class members in this action, as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each Party shall bear its own fees and costs unless as otherwise provided for in the settlement between the parties.

**IT IS SO ORDERED**.

Dated: June 18, 2020

_____
PERCY ANDERSON
United States District Judge